Nasser HASSAN, Plaintiff—Appellant,

v.

L.A. HEDRICK; S.B. Mason; C.W. Taggert; Z.D. Taylor; J.M. Travis, Defendants—Appellees,

and

Stan G. Barry; John/Jane Does, ##1–10; John/Jane Does, ##11–20, Defendants.

No. 06–1254.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 5, 2007.

Decided: Feb. 26, 2007.

Nasser Hassan, Appellant Pro Se. Alexander Francuzenko, O'Connell, O'Connell & Sarsfield, Rockville, Maryland, for Appellees.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nasser Hassan appeals the district court's orders entering judgment in accordance with a jury verdict and granting summary judgment in favor of another defendant. We have reviewed the record and find no reversible error. Accordingly, we deny Hassan's motion to remand and affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*